\

FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 2 0 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

SINCLAIR, JOHN, RONALD
Name and Prisoner/Booking Number
SAN DIEGO CENTRAL JAIL
Place of Confinement
451 RIVERVIEW PARKWAY
Mailing Address
SANTEE, CA, 92071
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCivP 5.4
(Rule Number/Section)

RONALD, JOHN, SINCLAIR, JR.,
(Full Name of Plaintiff)

Plaintiff,

v. ARIZONA STATE: WARDEN OF C.C.A. PRISON

(1) Federal CENTRAL ARIZONA FLORENCE COMPLEX,
(Full Name of Defendant)

(2) A.W. Leeds,

(3) CHIEF WECKWORTH,

(4) INVESTIGATOR GARCIA,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV23-00479-PHX-DLR--DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

**A. JURISDICTION**

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: ______.

2. Institution/city where violation occurred: CENTRAL ARIZONA FLORENCE COMPLEX 1155, N. PINAL PKWY PO BOX 1048 FLORENCE, AZ, 85232

**550/555**

1.A.

1. INVESTIGATOR PACHECO / S.T.G.
2. PROVIDER GAUNNA
3. WARDEN OF CENTRAL ARIZONA FLORENCE COMPLEX
4. INVESTIGATOR ALVORADO
5. SHIFT SUPERVISOR D. THORNTON .JR.
6. A. KELLY
7. MEDICAL
8. NURSE MILLER
9. NURSE RIVERA
10. H-S.A. MARTINEZ
11. THE EXTRACTION TEAM

## B. DEFENDANTS

1. Name of first Defendant: A.W. Leeds. The first Defendant is employed as: Warden (Position and Title) at Central Arizona Florence Complex. (Institution)

2. Name of second Defendant: D.THORNTON, JR.. The second Defendant is employed as: as: SHIFT SUPERVISOR (Position and Title) at Central Arizona Florence Complex (Institution)

3. Name of third Defendant: Garcia. The third Defendant is employed as: INVESTIGATOR (Position and Title) at Central Arizona Florence Complex (Institution)

4. Name of fourth Defendant: EXTRATION TEAM. The fourth Defendant is employed as: CORRECTIONAL OFFICERS (Position and Title) at Central Arizona Florence Complex. (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? NA. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: NA v. NA
   2. Court and case number: NA.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) NA.

b. Second prior lawsuit:
   1. Parties: NA v. NA
   2. Court and case number: NA.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) NA NA.

c. Third prior lawsuit:
   1. Parties: NA v. NA
   2. Court and case number: NA.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) NA NA.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: MY FOURTH AMENDMENT, AND MY EIGHTH AMENDMENT.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   - ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   - ☒ Excessive force by an officer ☐ Threat to safety ☐ Other: ______.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON OCTOBER 27TH 2019 I WAS HAVING AN ISSUE WITH A DISRESPECTFUL STAFF/CORRECTIONAL OFFICER, I THEN COVERED THE THE WINDOW OF MY CELL WITH PAPER IN WHICH AN EXTRACTION TIME WAS ASSEMBLED, THEY USED USE OF FORCE BY INFLAMMATORY AGENTS AKA MACE/OC GAS I DIDNT SUBMIT TO HANDCUFFS/RESTRAINTS, THEY OPENED MY CELL DOOR I WAS TAKEN DOWN PLACED INTO RESTRAINTS & THE EXTRACTION TEAM STARTED YELLING "STOP RESISTING" AND STARTED ASSAULTING ME, I COULDNT SEE WHO/FACES CAUSE THEIR MASK, THEY WERE KNEEING ME, PUNCHING ME IN THE FACE & STOMACH I SUSTAINED BLACK EYES, BRUISING MY WHOLE STOMACH, LACERATIONS, FROM TURNING AWAY FROM THEIR KNEES, OVER & OVER THEY BEAT ME, EVEN WELL I WAS HANDCUFFED, STRIKING MY HEAD ASWEL, INVESTIGATOR GARCIA & INVESTIGATOR ALVORADO TOOK PICTURES OF ME AT 12PM AT THE RECREATION YARD IN R.H.U, BRUISIS, BLACK EYE, SCRATCHS, SWELLING, ABRASIONS, REDDENED AREA'S, CUT ABOVE RIGHT EYE, MS. GARCIA HAD/INVESTIGATED/TALK TO ALL INMATES THAT WITNESSED THIS ALL THEIR NAME'S, CELL NUMBER, STATEMENTS ARE IN THIS LETTER.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I WAS, KNEED, PUNCHED, & HIT OVER & OVER, BLACK EYE, BRUISES, LACERATIONS, ETC I WAS ASSAULTED IN CELL EXTRACTION.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. THEY WERE TAMPERING WITH MY MAIL BUT THERES COPYS OF THE INCIDENT, STATEMENTS, REQUEST FORMS, & GRIEVANCES.

## COUNT II

1. State the constitutional or other federal civil right that was violated: MEDICAL CARE / NEGLECTING / REFUSING ME MEDICAL ATTENTION.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON JUNE 8TH 2019 I WAS CELL EXTRACTED & THE NEXT DAY FELT PAIN IN MY WRIST, I FILED A INMATE REQUEST FORM JUNE 11TH, SICK CALL SLIP & GRIEVANCE IN THE MATTER, DO TO REFUSING ME MEDICAL ATTENTION I FILED ANOTHER KITE JUNE 27TH CAUSE I WAS IN SEVER PAIN & THEY STILL AINT CHECKED ME / TALK TO ME / SEEN ME / EX-RAYED ME OR NOTHING, AROUND JULY 10TH I WAS FINALY GIVEN AN EX-RAY OF MY HAND & WRIST, ON JULY 15TH NURSE SHIPPMEN @ 1:10 AM TOLD ME I HAD A BROKEN / FRACTURED HAND / WRIST, I WAS IN PAIN THIS WHOLE TIME & MEDICAL DIDNT INFORM THE FACILITY / COPS SO I WAS STILL BEING HANDCUFFED BEHIND MY BACK, IVE ASKED ALL THESE NURSES FOR HELP CUEVAS, SHIPPMEN, RUBIO, DELAROSA, PROVIDER GAUNNA, HSA MARTINEZ, I TALK TO PROVIDER GAUNNA ON 7-16-19 AND ASKED WHY IT TOOK A MONTH TO SEE ME, HE GOT MAD & WALKED AWAY. OFFICER HAGEN WROTE A REPORT ON HIM FOR THIS MATTER CALLED A 1-5C REPORT, AT 12:45 PM 18TH JULY TO ASK TO HAVE THEM CUFF MY HANDS IN THE FRONT OFFICER YOUNG PUT A SIGN ON MY CELL DOOR "CUFF IN FRONT" LIEUTENANT LAVIERS CALLED MEDICAL MAD SAYING THEY SHOULD OF INFORMED HIM OF MY FRACTURE / BROKEN BONES. ALL THAT TIME I WAS IN PAIN "NO" MEDICAL ATTENTION, FORMS SICK CALL SLIPS, GRIEVANCE IS IN THIS LETTER.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
BONE HEALD WRONG, CUFFED BEHIND MY BACK, NO CAST, WRAP OR SPLENT, PILLS TILL A MONTH LATER, REFUSED MEDICAL ATTENTION.

5. **Administrative Remedies.**
a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. THEY KEPT TAKING MY MAIL AND LOSING IT / NOT TURNING IT IN, MOSTLY EVERY FORM IS IN HERE.

**COUNT III**

1. State the constitutional or other federal civil right that was violated: Na

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: NA

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

NA

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Na

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. NA

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking: 20,000000, / TWENTY MILLION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-14-23
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Hello, 3-14-23

ON OCTOBER 27TH 2019 I WAS CELL EXTRACTED AT C.C.A. FEDERAL FACILITY IN FLORENCE ARIZONA, THE INCIDENT REPORTS, DATES AND TIMES IS IN THIS LETTER, I TALK TO INVESTIGATOR GARCIA @ 12AM AND ALVORADO IN WHICH THEY TOOK PICTURES OF MY INJURYS, THERE WILL BE NUMEROUS NAMES, DATES, TIMES, REPORTS, MEDICAL EMERGENCY ANATOMICAL FORMS FROM NURSES & INMATE/RESIDENT GRIEVANCES, DISCIPLINARY REPORTS AND PROGRESS NOTES FROM PROVIDERS. AND MEDICAL FORMS FILLED OUT SHOWING ALL MY INJURYS, THERE WILL BE REPORTS IN WHICH I HAD A FRACTURED FOURTH METACARPAL & WAS STILL WITH NO MEDICAL ATTENTION & WAS STILL FORCED TO BE HANDCUFFED BEHIND MY BACK. "RADIOLOGY REPORTS FOR PROOF" THE LIEUTENANT LAVIERS HAD OFFICERS WRITE I-5C REPORTS ON PROVIDERS ABOUT WHAT THEY WITNESSED & ABOUT REFUSING ME MEDICAL ATTENTION, LIEUTENANT LAVIERS WAS UPSET WITH MEDICAL & CALLED THEM ASKING WHY THEY DIDNT INFORM HIM OF MY FRACTURED BONES / BEING HANDCUFFED THE WHOLE TIME BEHIND MY BACK, I SUFFERED, PURPLE BRUISING THE SIZE OF BASEBALLS, SWOLLEN AREAS, FRACTURES, PAIN, ABRASIONS/SCRATCHS, LACERATIONS, ETC THERE WILL BE NUMEROUS INCIDENT STATEMENTS / WITNESSES WROTE ABOUT THE ASSAULT THE CORRECTIONAL OFFICERS DID TO ME, THEIR NAMES, BOOKING NUMBERS, TIMES, AND CELL NUMBERS WILL ALSO BE ON THESE STATEMENTS ⟶

1.

5-1C

# INCIDENT STATEMENT

| Facility | CAFCC | Incident Number | |
|---|---|---|---|
| Incident Date | 10-27-19 | Incident Time (HRS) | ABOUT 6PM OR 5PM |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| SINCLAIR, RONALD | #66919112 | | |

| Housing Location (For Inmates/Residents Only) | RHU-103-CELL |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

ON OCTOBER 27TH 2019 I WAS HAVING A ISSUE WITH DISREPECTFUL STAFF/EMPLOYEE, I COVERED THE TOP & BOTTOM WINDOW OF MY CELL WITH PAPER IN WHITCH A EXTRACTION TEAM WAS ASSEMBLED, THEY USED USE OF FORCE BY INFLAMM-ATORY AGENTS AKA "O.C. GAS" I DIDNT SUBMIT TO HAND RESTRAINTS IN WITCH THEY OPEN THE DOOR, I WAS THAN TOOKEN DOWN & WELL I WAS ALREADY PLACED INTO RESTRAINTS THE EXTRACTION TEAM ASSAULTED ME, I COULDNT SEE WHO BECAUSE THEY ALL HAVE MASK ON & SOMEONE WAS KNEEING ME IN MY FACE IN WITCH I SUSTAINED A BLACK EYE & MANY KNOTS TO THE LEFT EYE, I WAS ALSO GETTING PUNCHED IN MY STOMACH CAUSING IT TO BRUISE, I HAVE A HUGE LACERATION ON MY TOP RIGHT OF THE FACE FROM TURNING AWAY FROM THE KNEES BEING FORCED OVER & OVER STRIKING MY FACE, INVESTIGATOR GARCIA AT ABOUT 12AM AT THE RECREATION HERE IN RHU IN WHITCH SHE & ALVORADO TOOK PHOTOS OF ALL MY INJURYS...

**Did you receive any injuries? YES or NO (If YES, Explain Below)** BLACK EYE, BRUISES, SCRATCHES, SWELLING, ETC

**Were you evaluated by medical? YES or NO** I REFUSED

| Printed Name: | RONALD SINCLAIR | | |
|---|---|---|---|
| Signature: | [signature] | Date: | 10-28-19 |
| Typed By: | | Date: | |

**This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

**Place an "X" in the appropriate box:**

| | |
|---|---|
| | Inmate/Resident refused to complete this 5-1C |
| | Civilian/Other refused to complete this 5-1C |

Pg 2

Cell obstruction 10-27-19

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

5-1C

# INCIDENT STATEMENT

| Facility | CAFCC | Incident Number | |
|---|---|---|---|
| Incident Date | 10/29/19 | Incident Time (HRS) | 11:30 AM |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Sinclair Ronald | 66919112 | Inmate | Participant |

| Housing Location (For Inmates/Residents Only) | RHU 103 |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

ON OCTOBER 29TH AT ABOUT 1130 AM I WAS AT COMMITTEE And ASKED THEM "A.W. Leeds, CHIEF WECKWORTH CLASIFICATION KUGER, STG, PACHECO, KIRBY DOCTOR IF I CAN HAVE A LEGAL CALL to CALL FLORENCE POLICE department to REPORT CORRECTION OFFICERS ASSAULTING ME WELL I WAS SHACKLED, KNEEING ME IN THE FACE, PUNCHING MY STOMACH ETC THEY REFUSED TO give ME THE CALL..

**Did you receive any injuries? YES or NO (If YES, Explain Below)** YES, BLACK EYE BRUISING STRACHES ECT

= FROM EXTRACTION =
= THATS WHY I WANTED CALL =

**Were you evaluated by medical? YES or NO**

| | | | |
|---|---|---|---|
| Printed Name: | Sinclair Ronald | | |
| Signature: | [signature] | Date: | 10.29.19 |
| Typed By: | | Date: | |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

**Place an "X" in the appropriate box:**

| | |
|---|---|
| | Inmate/Resident refused to complete this 5-1C |
| | Civilian/Other refused to complete this 5-1C |

(pg. 3) Cell Abstraction 10-27-19

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

9/2/08

2

19-10-62

# CORECIVIC INMATE/RESIDENT DISCIPLINARY REPORT

15-2A-USMS

Inmate/Resident's NAME: **Sinclair, Ronald**

CoreCivic# 66919112 Other:________

Offense Title: **C26: Unauthorized Use of Telephone**

Date of Offense: **10-29-19** Time of Offense: ~~**1740**~~ 1540

Location of Offense: **Main RHU**

Inmate/Resident Detained For: **USMS**

Description of Offense:

On Tuesday, October 29, 2019 at approximately 1742 hours, I, Shift Supervisor D. Thornton Jr. received a phone call from Florence PD indicating to be following up on a report that was filed with the department referencing PHX-USMS I/M Sinclair, Ronald # 66919112 (RHU BA103). Information received from Florence PD indicated that at 1540 hours , Sinclair placed a phone call to his mother , who then placed a phone call to the Florence PD. Both Sinclair and his mother were identified on the phone (3-way call) at which time requesting to file a report of an assault that occurred on October 27, 2019. A 3-way call is prohibited by any inmate housed at CAFCC. End of report.

(Use Continuation Sheet if Necessary)

Staff Involved:________________________________________

Inmate/Residents Involved:________________________________________

Reporting Employee's Name and Title: **S/S D. Thornton**

Date :**10/29/2019** Time Prepared: **2045 hours**

Employee's Signature: S/S D Thornton Supervisor's Signature/ Print: [signature]

## ADVISEMENT OF RIGHTS:

By signing below, the accused indicates the rights they desire and is not an admission of guilt.

1. Does the accused wish to have a Staff Advisor? Yes_______ No_______. If yes, Staff Advisor's name and title: ________________________________________
2. Does the accused wish to call voluntary witnesses to testify on their behalf? Yes_____ No______ If yes, name and case or arrest # of witnesses ________________________________________
3. Does the accused waive the right to a hearing? Yes______ No_______ If so, does the accused plead guilty to the charge? Yes____________No____________
4. Date set for hearing ________________________________________
5. Does the accused wish to waive the right to 24 hours notice of charges? Yes______ No______

Inmate/Resident's signature ________________________________________

Accused Inmate/Resident received a copy of report: (Pg 4) Cell-abstraction 10-27-19

Inmate/Resident Signature ____________________ Date & Time ____________________

3

13-34A2

# Facility Emergency Anatomical Form

R L R R Front Back L L R R L L R

13 13 13 1

☒ Inmate/Resident ☐ Employee

Facility Name: CAFCC Date: 10/27/19 Time: 1820

Name: (Last, First) Sinclair, Ronald Agency # / Employee#: 6691912

Age: 37 Race: White Sex: ☒ male ☐ female Time Notified: 1801 Time Seen: 1809

~~Place of Occurrence:~~ RHU03 ~~Date/Time of Occurrence:~~ 10/27/19 @ 1730

Reason for Report: ☐ injury ☐ on the job injury ☒ use of force ☐ pre-seg admission ☐ other:

Mode of Arrival? ☐ wheelchair ☐ ambulatory ☒ on-site ☐ escorted by

Injuries Found? ☒ Yes ☐ No - If yes, use the appropriate code number on the figures above

| Abrasions/Scratch | (1) | Fresh Tattoo | 7 | Reddened Area | (13) | Other, list below | |
|---|---|---|---|---|---|---|---|
| Active Bleeding | 2 | Cut/Laceration/Slash | 8 | Skin Flap | 14 | | 17 |
| Bruise/Discoloration | 3 | Chemical Spray Area | 9 | Swollen Area | 15 | | 18 |
| Burn | 4 | Pain | 10 | Open Fracture | 16 | | 19 |
| Deformity | 5 | Protrusion | 11 | | | | |
| Dried Blood | 6 | Puncture | 12 | | | | |

RN Notified: S. Baker

Time: 1801

LIP Notified: N/A

Time: N/A

Form Completed By/Title:

Print/Sign S. Baker

Chemical Spray Exposure? ☒ Yes ☐ No Decontaminated? ☐ Yes ☒ No Self-decontamination instructions given? ☒ Yes ☐ No

Refused Decontamination? ☒ Yes ☐ No Placed on every 15 minute respiratory checks? ☐ Yes ☒ No

Brief Statement in subject's words of the circumstances of the occurrence:

None made regarding circumstances

Comments: red marks lateral side of left eye and left cheek, reddened area on right side of head. 3-4" scratch/cut above the right side eye. Detainee refused more in depth assessment. Denies any broken bones

Disposition: Housed per Security Time: 1815

Pg. 1

Cell abstraction 10-27-19

10/10/12

4

13-34A2

# Facility Emergency Anatomical Form

☐ Inmate/Resident ☐ Employee

Facility Name: CAFCC Date: 10-30-19 Time: 1200

Name: (Last, First) Sinclair, Ronald Agency # / Employee#: 669112

Age: 37 Race: White Sex: ☑ male ☐ female Time Notified: 1215 Time Seen: 1230

~~Place of Occurrence:~~ R40 ~~Date/Time of Occurrence:~~ 10/30/19 @ 1200

Reason for Report: ☐ injury ☐ on the job injury ☑ use of force ☐ pre-seg admission ☐ other:

Mode of Arrival? ☐ wheelchair ☑ ambulatory ☐ on-site ☐ escorted by

RN Notified: P. Riner

Time: ~~1400~~ 1230

LIP Notified: —

Time: —

Form Completed By/Title:

Print/Sign: [signature]

**Injuries Found?** ☑ Yes ☐ No - If yes, use the appropriate code number on the figures above

| Abrasions/Scratch | 1 | Fresh Tattoo | 7 | Reddened Area | 13 | Other, list below | |
|---|---|---|---|---|---|---|---|
| Active Bleeding | 2 | Cut/Laceration/Slash | 8 | Skin Flap | 14 | Hematoma | 17 |
| Bruise/Discoloration | 3 | Chemical Spray Area | 9 | Swollen Area | 15 | | 18 |
| Burn | 4 | Pain | 10 | Open Fracture | 16 | | 19 |
| Deformity | 5 | Protrusion | 11 | | | | |
| Dried Blood | 6 | Puncture | 12 | | | | |

**Chemical Spray Exposure?** ☐ Yes ☑ No **Decontaminated?** ☐ Yes ☑ No **Self-decontamination instructions given?** ☐ Yes ☑ No

**Refused Decontamination?** ☐ Yes ☑ No **Placed on every 15 minute respiratory checks?** ☐ Yes ☑ No

Brief Statement in subject's words of the circumstances of the occurrence: Use of Force. Injuries noted from prior event.

Comments: Mark down anything on me.

Disposition: Clear Time: 1930

(pg5) Cell abstraction 10-27-19

10/10/12

Proprietary Information – Not For Distribution – Copyrighted – Property of CoreCivic

13-3

# Facility Emergency Anatomical Form

R L R L Front Back R L L R R L L R

10 X umbilicus 3 15 X X 10 10 10 3 15

☒ Inmate/Resident ☐ Employee

Facility Name: CAFCC Date: 10/31/19 Time: 1925

Name: (Last, First) Sinclair, Ronald Agency # / Employee#: 269112

Age: 37 Race: Caucasian Sex: ☒ male ☐ female Time Notified: 1918 Time Seen: 1925

Place of Occurrence: RHU Date/Time of Occurrence: 10/29/19 @ 1150

Reason for Report: ☐ injury ☐ on the job injury ☐ use of force ☐ pre-seg admission ☒ other:

Mode of Arrival? ☐ wheelchair ☐ ambulatory ☒ on-site ☐ escorted by

Injuries Found? ☒ Yes ☐ No - If yes, use the appropriate code number on the figures above

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Abrasions/Scratch | 1 | Fresh Tattoo | 7 | Reddened Area | 13 | Other, list below | |
| Active Bleeding | 2 | Cut/Laceration/Slash | 8 | Skin Flap | 14 | | 17 |
| Bruise/Discoloration | (3) | Chemical Spray Area | 9 | Swollen Area | (15) | | 18 |
| Burn | 4 | Pain | (10) | Open Fracture | 16 | | 19 |
| Deformity | 5 | Protrusion | 11 | | | | |
| Dried Blood | 6 | Puncture | 12 | | | | |

RN Notified: J Shipman

Time: 1918

LIP Notified: /

Time: /

Form Completed By/Title:

Print/Sign: J Shipman [signature]

Chemical Spray Exposure? ☐ Yes ☒ No Decontaminated? ☐ Yes ☒ No Self-decontamination instructions given? ☐ Yes ☒ No

Refused Decontamination? ☐ Yes ☒ No Placed on every 15 minute respiratory checks? ☐ Yes ☒ No

Brief Statement in subject's words of the circumstances of the occurrence: Aggravating hurts when I laugh. Pain is tight, sore 7/10

Comments: Denies hematuria, Denies hematochezia

Disposition: Follow up, NSC requests as needed Time: 1925

Pg 9 cell abstraction 10-29-19

10/10/

13-34A2

# Facility Emergency Anatomical Form

3
3
R
L
R
R
Front
Back
L
L
L
R
R
L
L
R

☒ Inmate/Resident ☐ Employee

Facility Name: CAFCC Date: 10/31/19 Time: 0244

Name: (Last, First) Sinclair, Ronald Agency # / Employee#: 669 19 112

Age: 37 Race: Hispanic Sex: ☒ male ☐ female Time Notified: 0230 Time Seen: 0240

~~Place of Occurrence: RHU Date/Time of Occurrence: 10/31/19 @ 0230~~

Reason for Report: ☒ injury ☐ on the job injury ☐ use of force ☐ pre-seg admission ☐ other:

Mode of Arrival? ☐ wheelchair ☒ ambulatory ☒ on-site ☐ escorted by

Injuries Found? ☒ Yes ☐ No - If yes, use the appropriate code number on the figures above

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Abrasions/Scratch | 1 | Fresh Tattoo | 7 | Reddened Area | 13 | Other, list below | |
| Active Bleeding | 2 | Cut/Laceration/Slash | 8 | Skin Flap | 14 | | 17 |
| Bruise/Discoloration | (3) | Chemical Spray Area | 9 | Swollen Area | 15 | | 18 |
| Burn | 4 | Pain | 10 | Open Fracture | 16 | | 19 |
| Deformity | 5 | Protrusion | 11 | | | | |
| Dried Blood | 6 | Puncture | 12 | | | | |

RN Notified: N/A
Time: N/A
LIP Notified: N/A
Time: N/A
Form Completed By/Title:
Print/Sign O. Merkle LPN

Chemical Spray Exposure? ☐ Yes ☒ No Decontaminated? ☐ Yes ☐ No Self-decontamination instructions given? ☐ Yes ☐ No

Refused Decontamination? ☐ Yes ☐ No Placed on every 15 minute respiratory checks? ☐ Yes ☐ No

Brief Statement in subject's words of the circumstances of the occurrence: upon assessment detainee has a bruise on the right lower quadrant about the size of a baseball & a bruise

Comments: on his belly button.

Disposition: cleared for housing Time: 0249

(P96) cell abstraction 10-27-19

10/10/12

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

13-34A2

# Facility Emergency Anatomical Form

☒ Inmate/Resident ☐ Employee

Facility Name: CACC Date: 11/4/19 Time: 0255

Name: (Last, First) Sinclair, Ronald Agency # / Employee#: 6691912

Age: 37 Race: White Sex: ☒ male ☐ female Time Notified: 0235 Time Seen: 0235

~~Place of Occurrence:~~ RHU 103 ~~Date/Time of Occurrence:~~ 10/27/19 @ evening

Reason for Report: ☒ injury ☐ on the job injury ☐ use of force ☐ pre-seg admission ☐ other:

Mode of Arrival? ☐ wheelchair ☒ ambulatory ☐ on-site ☐ escorted by

Injuries Found? ☒ Yes ☐ No - If yes, use the appropriate code number on the figures above

| Abrasions/Scratch | 1 | Fresh Tattoo | 7 | Reddened Area | 13 | Other, list below | |
|---|---|---|---|---|---|---|---|
| Active Bleeding | 2 | Cut/Laceration/Slash | 8 | Skin Flap | 14 | yellow/green discoloration | 17 |
| Bruise/Discoloration | 3 | Chemical Spray Area | 9 | Swollen Area | 15 | purple discoloration | 18 |
| Burn | 4 | Pain | 10 | Open Fracture | 16 | | 19 |
| Deformity | 5 | Protrusion | 11 | | | | |
| Dried Blood | 6 | Puncture | 12 | | | | |

RN Notified: S. Baker

Time: 0235

LIP Notified: N/A

Time: N/A

Form Completed By/Title:

Print/Sign: S. [illegible]

Chemical Spray Exposure? ☐ Yes ☒ No Decontaminated? ☐ Yes ☒ No Self-decontamination instructions given? ☐ Yes ☒ No

Refused Decontamination? ☐ Yes ☒ No Placed on every 15 minute respiratory checks? ☐ Yes ☒ No

Brief Statement in subject's words of the circumstances of the occurrence:

"I got socked in the stomach like five times"

Comments: large purple discoloration/bruise on lower right quadrant and umbilical area. 2.5-3 inch yellow/green discoloration inside purple bruise

Disposition: Housed per security Time: 0247

pending [illegible] bruising

(pg) Cell Abstraction 10-27-19

10/10/12

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

CORRECTIONS CORPORATION O[F A]MERICA
CENTRAL ARIZONA DETENTION CENTER

# PRISONER INFORMATION REQUEST
# SOLICITUD DE INFORMACION

TO/PARA INVESTIGATOR GERCIA

SUBJECT/ASUNTO I WANT YOU TO QUESTION RHU' INMATES' & STAFF THAT WERE PRESENT THE DAY OF OCTOBER 27TH EXTRACTION/ASSAULT ABOUT WHAT THEY SEEN & WHAT TOOK PLACE. 213, 116, 220, 216, 121, 118, 214, ECT ALL CELLS....

PRISONER'S NAME (PRINTED) SINCLAIR, #66919112

PRISONER'S NUMBER

PRISONER'S SIGNATURE/FIRMA DEL PRISONERO [signature]

CELL/CELDA 103 RHU

DATE/FECHA 11-1-19

RESPONSE/CONTESTACION:

OFFICIAL'S SIGNATURE/FIRMA DE OFFICIALES

DATE/FECHA

IF RESPONSE IS UNSATISFACTORY, CHECK BELOW AND RESUBMIT THIS FORM FOR REVIEW BY THE FACILITY ADMINISTRATOR. SI LA RESPUESTA NO ES SATISFACTORIA PONGA UNA CRUZ ABAJO Y VUELVA A SOMETER ESTA FORMA PART QUE EL ADMINISTRADOR DE ESTA INSTITUCION LO REVISE.

( ) PLEASE REVIEW/REVISE POR FAVOR

SIGNATURE/FIRMA

RESPONSE/CONTESTACION:

(Pg 12) Cell Abstraction 10-27-19

WARDEN'S SIGNATURE/FIRMA DEL WARDEN

DATE/FECHA

FORM SEC112-P

600901-3201

5-1C

# INCIDENT STATEMENT

| Facility | Central Arizona Correctional Complex | Incident Number | |
|---|---|---|---|
| Incident Date | | Incident Time (HRS) | |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Marcus Lee | 93425408 | | Witness |

| Housing Location (For Inmates/Residents Only) | RHU Room 213 |
|---|---|

**Based on your own knowledge, what did you see, hear and do?**

I forgot what Day it was but I watching movie that Day I seen a group of team came in to pull out 103 for I don't know what but seen them Dudes Slam 103 too the Ground hard and that Dem Duds's, don't know there name but there Punching Ronnie Sinclair - cell 103 hard that shit was not right for dem to That he got hit in face like more than 5 times all dat group dat pull him out seen it in knows dat, dat was wrong

| Did you receive any injuries? YES or NO (If YES, Explain Below) | |
|---|---|
| | |
| | |

| Were you evaluated by medical? YES or NO | |
|---|---|

| Printed Name: | | | |
|---|---|---|---|
| Signature: | | Date: | |
| Typed By: | | Date: | |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C**

**Place an "X" in the appropriate box:**

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

(p817) Cell abstraction 10-27-19

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

5-1C

# INCIDENT STATEMENT

| Facility | Central Arizona Correctional Complex | Incident Number | |
|---|---|---|---|
| Incident Date | OCT 30, 2019 | Incident Time (HRS) | |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Alain Ojeda | 024326019 | Inmate | Witness |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear and do?**

I was in my cell in RHU cell 224 And I saw inmate STClaire bieng piled by officers in the middle of walkway down AT 103 cell He had Handcuffs And legs Shackles But officers Had there knees to his Neck ARea So He wouldnt get up He had been SPRAYed.

| Did you receive any injuries? YES or NO (If YES, Explain Below) | |
|---|---|
| | |
| | |

| Were you evaluated by medical? YES or NO | |
|---|---|

| Printed Name: | | | |
|---|---|---|---|
| Signature: | | Date: | |
| Typed By: | | Date: | |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

**Place an "X" in the appropriate box:**

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

(Pg 18) Cell Abstraction 10-27-19

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

 10/3/13

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

11

5-1C

# INCIDENT STATEMENT

| Facility | Central Arizona Correctional Complex | Incident Number | |
|---|---|---|---|
| Incident Date | 10/27/2019 | Incident Time (HRS) | |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Nicholas Calfy | 647989 | Inmate | Witness |

| Housing Location (For Inmates/Residents Only) | RHU 216 |
|---|---|

**Based on your own knowledge, what did you see, hear and do?**

I saw an extraction team outside of cell 103 (saint claires) and I saw them spray into the cell before opening the door. When they opened the Door and pulled him out, I saw him get Body Slammed, punched in the head and kneed By atleast 2 C/o's. I could hear him yelling in pain for minutes before moving him to a seat to seek medical attention, I don't see why extraction was even happening.

Did you receive any injuries? YES or NO (circled: NO) (If YES, Explain Below)

Were you evaluated by medical? YES or NO (circled: NO)

| Printed Name: | Nicholas Calfy | | |
|---|---|---|---|
| Signature: | Nicholas Calfy | Date: | 11/02/19 |
| Typed By: | | Date: | |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

P913 Cell Abstraction 10-27-19

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

12

5-1C

# INCIDENT STATEMENT

| Facility | CAFCC | Incident Number | 059176493 |
|---|---|---|---|
| Incident Date | 10/27/19 | Incident Time (HRS) | |

| Person Name | ID Number (Employee#/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| BRAVO | 059176493 | | |

| Housing Location (For Inmates/Residents Only) | RHU 116 |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

on 10/27/19 I Saw AS/S Hosum, and the Sargent with a team of 6 armor officer with weapons standing Sinclair Door, and AS/S Hosum spray masse undercreat Sinclair Door trying to get him out of is cell while the Sargent was vedioTapeing what's going on. then came AS/A Hosum lineing up is armor team to get Sinclair out of is cell So I seen AS/A Hosum unlock Sinclair Door Sinclair make it outside is cell and the armor team slam Sinclair and the Fool and CUFFt him up and while he was CUFFt up on the Fool the armor team was beaten Sinclair while he was CUFFt up, hands, Foots and while in that same prosses the armor team was Punching him in is head, in is Face they were Punching and kicking him all over is body and AS/A Hosum masse him in is Face like two Times. and they had Finish beaten Sinclair he Couldn't EVEN GET UP OFF the Fool, to the way they were beaten him, is Face was Black an Blue and is body was badly hurt.
this incdnt is the Best of my Knowledg

**Did you receive any injuries? YES or NO (If YES, Explain Below)**

**Were you evaluated by medical? YES or NO**

| Printed Name: | BRAVO | | |
|---|---|---|---|
| Signature: | [signature] | Date: | 11-2-19 |
| Typed By: | | Date: | |

**This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C**

**Place an "X" in the appropriate box;**

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

(P814) Cell Abstraction 10-27-19

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

5-1C

# INCIDENT STATEMENT

| Facility | CAFCC | Incident Number | |
|---|---|---|---|
| Incident Date | | Incident Time (HRS) | |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Carlo P. McGuire | 26379508 | Inmate | Witness |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

On Oct. 27 2019 while being in Cell 104 I witnessed CO's use SIO/CO gas on Inmate (Sinclair) They Then opened 103 Door while outside of His Door He was First Slammed down then Immediately Handcuffed Behind his back while He was Handcuf Behind his back CO's Began Punching Him in his side and Stomach They was alot of movement on the Top near his head. I Did not clearly see the actual movement until they had to move the Computer that was there. Then they Stood him up & he was Seen by medical

**Did you receive any injuries? YES or NO (If YES, Explain Below)**

NO

**Were you evaluated by medical? YES or NO** (NO circled)

| Printed Name: | Carlo P. McGuire | | |
|---|---|---|---|
| Signature: | Carlo P. McGuire | Date: | Nov 2 19 |
| Typed By: | | Date: | |

**This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

**Place an "X" in the appropriate box:**

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

Pg 15 Cell Abstraction 10-27-19

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

5-1C

# INCIDENT STATEMENT

| Facility: | CAFCC | Incident Number: | |
|---|---|---|---|
| Incident Date: | 10-27-2019 | Incident Time (HRS): | |

| Person Name | ID Number (Employee#/Inmate#/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Blase Anthony Smith Sr | 42215-298 | Inmate | Witness |

Housing Location (For Inmates/Residents Only): RHU Cell 220

Based on your own knowledge, what did you see, hear, and do?

On 10-27-2019 Well I Was Standing at my cell Door I Did witness Inmate Sinclair Get Hit By one of The Institution's Staff Members with a Closed Fist Well He was faced down and handcuffed, I also do understand That The policy States That no matter Institution Staff Shall Treat Inmates with dignity and Respect!

Did you receive any injuries? YES or NO (If YES Explain Below): No

No

Were you evaluated by medical? YES or NO: no

| | | | |
|---|---|---|---|
| Printed Name: | Blase Anthony Smith Sr | | |
| Signature: | [signature] | Date: | 11-3-19 |
| Typed By: | Blase Anthony Smith Sr | Date: | 11-3-19 |

This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C:

Place an "X" in the appropriate box:

| | |
|---|---|
| | Inmate/Resident refused to complete this 5-1C |
| | Civilian/Other refused to complete this 5-1C |

(pg 16) Cell abstraction 10-27-19

| | | | |
|---|---|---|---|
| Employee/Witness Printed Name: | | Date: | |
| Employee/Witness Signature: | | | |

| | | | |
|---|---|---|---|
| Employee/Witness Printed Name: | | Date: | |
| Employee/Witness Signature: | | | |

15

Grievance No.: ______________________ 14-5B

# INMATE/RESIDENT GRIEVANCE / QUEJA DE INTERNO/RESIDENTE

| | | | |
|---|---|---|---|
| FULL NAME / NOMBRE COMPLETO: | SINCLAIR, RONALD JR | | |
| NUMBER / NUMERO: | 669191 [illegible] | HOUSING ASSIGNMENT / VIVIENDA ASIGNADA: | [illegible] |

INFORMAL RESOLUTION ATTACHED? (Not required for an emergency grievance) ¿SUJETAR RESOLUCION INFORMAL? (No es requerido si es una emergencia) ☒ YES/SI ☐ NO

GRIEVANCE CATEGORY (CIRCLE ONE) / CATEGORIA DE QUEJAS (CIRCULE UNA)

| | | |
|---|---|---|
| 1. Facility Staff / Personal de Facilidad | 8. Dental Services / Servicio Dental | 15. Housing / Vivienda |
| 2. Access to Legal Materials / Acceso a correo legal | 9. Mental Health Services / Servicio de Salud Mental | 16. Laundry / Lavanderia |
| 3. Denied Access to Informal Resolution/Grievance Process / Negaron acceso a el proceso de resolucion informal y proceso de quejas | 10. Trust Account / Cuenta de Finanzas | 17. Recreation / Recreacion |
| 4. Reprisal for Using Informal Resolution/Grievance Process / Represalia por usar el proceso de resolucion informal o el proceso de quejas | 11. Commissary / Commissaria | 18. Visitation / Visita |
| 5. Safety/Security / Seguridad (circled) | 12. Food Service / Cocina | 19. Programs-education, work, religious, etc. Programas-educacion, trabajo, religioso, etc. |
| 6. Sanitation / Sanitacion | 13. Mail / Correo | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) / Violaciones de regulaciones federales o estado, leyes, decisions de la corte (i.e. ADA o derechos constitucionales) |
| 7. Medical Services / Servicios Medico | 14. Intake / Recepcion | 21. Other / Otro |

STATE GRIEVANCE / ESCRIBA SU QUEJA (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary / Incluya documentacion, testigos, fecha del incidente, y cualquier otra informacion que se relacione con queja. Si es necesario agregar adicionales):

[illegible] HAVING AN ISSUE WITH DISRESPECTFUL STATE EMPLOYEE(S) I COVERED THE TOP [illegible] WINDOW OF MY CELL [illegible] LATER IN WHICH A EXTRACTION TEAM WAS ASSEMBLED, THEY USED USE OF FORCE BY INFLAMMATORY AGENTS AKA OC GAS [illegible] SUBMIT TO HAND RESTRAI[NTS] [illegible] THEY OPENED MY DOOR I WAS THAN TAKEN DOWN [illegible] I WAS ALREADY PLACED IN RESTRAINTS THE EXTRACTION TEAM ASSAULTED ME, I COULDN'T SEE WHO CAUSE THEY ALL WEAR MASKS, SOMEONE WAS KNEEING ME IN MY FACE MANY TIMES NOW I HAVE A BLACK EYE [illegible]

REQUESTED ACTION / ACCION SOLICITADA (Attach additional pages if necessary / Si es necesario agregar paginas adicionales):

[illegible]

(APB) Cell Abstraction 10-21-19

Inmate/Resident's Signature / Firma del interno/residente: [signature] Date Submitted / Fecha: 10-29-19

 08/07

16

13-49B

# REFUSAL TO ACCEPT MEDICAL TREATMENT

I, (Name) Sinclair, Ronald (Number) 6691912, at (Facility) CAFCC,

refuse to accept the following Dental/ Psychiatric/ Medical/ and/or Surgical services and/ or treatment recommended by this Facility's Dental/ Psychiatric/ Medical staff and/or a referred secondary care specialist: (list treatment(s)/service(s) in layman terminology)

breakfast - meal #2

I am refusing the above recommended treatment(s)/service(s) for the following reason(s): I WAS ASSAULTED WELL BEING CUFFED UP ON 10-27-19 AND C.C.A. / STAFF ARE TRYING TO HIDE IT & COVER IT UP, NOTHINGS GETTING DONE ABOUT THIS ISSUE

I acknowledge that I have been informed of the risks and possible consequences which include, but are not limited to, the following, and which may be up to and including death:

fatigue
headache

I understand the possible consequences and/or complications, listed above and still refuse recommended treatment. I understand that my failure to follow this advice may seriously affect my health or the health of the person under my guardianship.

I hereby release the Dental/ Psychiatric/ Medical staff and/or a referred secondary care specialist associated with this correctional facility, CoreCivic, any contract managed care company, and their employees and agents of all responsibility regarding this matter, and I am making this decision of my own free will.

[signature] 6691912 10/17/82
Inmate/Resident Signature | Inmate/Resident # | DOB

(This section to be completed by a staff member)

[signature] 11/4/19 @0448
Qualified Health Care Professional Signature | Date/Time
*(Note: For CDCR Inmates, must be an RN or higher credentialed QHCP)*

P910 Cell Abstraction 10-27-17
Witness Signature | Date/Time

12/8/14

13-49B

# REFUSAL TO ACCEPT MEDICAL TREATMENT

I, (Name) Sinclair, Ronald (Number) 66919112 at (Facility) CAFCC,

refuse to accept the following Dental/ Psychiatric/ Medical/ and/or Surgical services and/ or treatment recommended by this Facility's Dental/ Psychiatric/ Medical staff and/or a referred secondary care specialist; (list treatment(s)/service(s) in layman terminology)

Refused lunch 11/4/19

I am refusing the above recommended treatment(s)/service(s) for the following reason(s):

I gave my statement yesterday.

I acknowledge that I have been informed of the risks and possible consequences which include, but are not limited to, the following, and which may be up to and including death:

Health condition deteriorated. Multi-organ system failure.

I understand the possible consequences and/or complications, listed above and still refuse recommended treatment. I understand that my failure to follow this advice may seriously affect my health or the health of the person under my guardianship.

I hereby release the Dental/ Psychiatric/ Medical staff and/or a referred secondary care specialist associated with this correctional facility, CoreCivic, any contract managed care company, and their employees and agents of all responsibility regarding this matter, and I am making this decision of my own free will.

Refused. — Inmate/Resident Signature

66919112 — Inmate/Resident #

10/17/1982 — DOB

PG 11 Cell Abstraction 10-27-19

(This section to be completed by a staff member)

[signature] — Qualified Health Care Professional Signature

*(Note: For CDCR Inmates, must be an RN or higher credentialed QHCP)*

11/4/19 1255 — Date/Time

[signature] — Witness Signature

11/4/19 1255 — Date/Time

12/8/14

18

 Eleanor Sinclair <eleanorsinclair1962@gmail.com>

For Cell of. Oct 27 2019

## case inquiry
6 messages

**Eleanor Sinclair** <eleanorsinclair1962@gmail.com> Thu, Dec 26, 2019 at 11:26 PM
To: Madalyn Schlegel <madalyn@attorneysforfreedom.com>

Hello my name is Eleanor Sinclair my son is Ronald Sinclair. We have reached out to you in the past My son has asked me to reach out to you again in hopes that you could help him this time I'm just doing what he has asked me to do. I'm not sure of when you spoke with him last but he said that you told him that if he got a judge to approve his assault case that you might consider his case. Ronald wanted me to send you his case information so that you could look it up and see what you think. There seems to be a lot of coving up some stuff in this case my son has. I have all his papers he has sent about this matter.Please let me know one way or the other if you can be of some help to him so I can let him know. see attachment. If you have any questions please feel free to call me at (928)303-8302 or you can e-mail me Thank you for your time. God bless

**Scan_20191226.pdf**
2371K

**Madalyn Schlegel** <madalyn@attorneysforfreedom.com> Fri, Dec 27, 2019 at 8:13 AM
To: Eleanor Sinclair <eleanorsinclair1962@gmail.com>

Good Morning Eleanor,

When we spoke to Ronald back in October, we let him know that, per our attorneys, he would need to reach out to his court appointed attorney Michael J. Bresnehan regarding his civil matter and he will be able to provide the direction Ronald needs. We also informed him that if Mr. Bresnehan felt further representation was needed, then Mr. Bresnehan can give us a call and provide the information to our office. I will let our attorneys know that Ronald has filed a civil rights claim but as we have explained to Ronald many times before, we may not have the resources to provide the utmost representation for him and may not be able to assist. Our civil attorney is packed with meetings today so I may not be able to fill her in with the new information however I will try to catch her in between those meetings. If I cannot get to her today, I should be able to on Monday.

Best,

(Pg 19) Cell Abstraction 10-27-19



The contents of this message, together with any attachments are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are nót the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message, or any attachment is strictly prohibited. If you have received this message in error, please notify the original sender or The Attorneys for Freedom Law Firm at (480)455-5228 immediately by telephone or by return e-mail and delete this message, along with any attachments, from you computer. Thank you.

[Quoted text hidden]

---

**eleanorsinclair1962** <eleanorsinclair1962@gmail.com> Fri, Jan 10, 2020 at 4:01 PM
To: Madalyn Schlegel <madalyn@attorneysforfreedom.com>

Hello ok I have relayed your message to both Ronnie and his public defender I give Mr. Bresnehan your number and e-mail Thank You so much for your time

Sent on my Boost Mobile Samsung Galaxy S® 6
[Quoted text hidden]

---

**Eleanor Sinclair** <eleanorsinclair1962@gmail.com> Tue, Jan 14, 2020 at 8:41 PM
To: Madalyn Schlegel <madalyn@attorneysforfreedom.com>

Hello. Ms. Schgele
I Ronnie's mom has informed Mr. Bresnehan my son's attorney that he is to contact you if further representation is needed on Ronnie's behalf. My son has filed a 555 prisoner petition with the Arizona District courts and my son feels he may have a chance with your firm on this matter. Ronnie as well as I need to know as soon as you know if he stand a chance with his case matter. Well I think it's best that we get straight to the point cause no ones time should be wasted here. What happens in a case where the inmates or family has no money do you guys do any kind of pro bono or win or don't pay. What is your fees. Well Thank You Ms. Schgele for all your time if you havean y questions feel free to contact me at (928)303-8302 or my e-mail God Bless
[Quoted text hidden]

Pg 20 Cell abstraction 10-27-19

---

**Madalyn Schlegel** <madalyn@attorneysforfreedom.com> Wed, Jan 15, 2020 at 8:19 AM
To: Eleanor Sinclair <eleanorsinclair1962@gmail.com>

Hi Eleanor,

To my knowledge, Mr. Bresnehan has not contacted our office on Ronnie's matter. Our office does not offer pro-bono work. I could not give you a ballpark on any fees because we make each retainer custom to the client and their matter. The attorneys would highly recommend looking at the Arizona State Bar Association website to find a civil attorney that does offer pro-bono work. The website also has this great feature where you are able to type in a brief description of the matter and it will send to the attorneys who practice civil/civil rights and offer pro-bono work. The attorneys who are able to help would then respond to your inquiry to get additional information/set up an appointment. Another great resource is the ACLU website that does handle civil matters as well.

Best of luck.

Thank you,

Madalyn Schlegel
480.755.7110
480.455.5212
480.857.0150
Madalyn@AttorneysForFreedom.com
AttorneysForFreedom.com
3185 SOUTH PRICE ROAD · CHANDLER, ARIZONA 85248

The contents of this message, together with any attachments are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message, or any attachment is strictly prohibited. If you have received this message in error, please notify the original sender or The Attorneys for Freedom Law Firm at (480)455-5228 immediately by telephone or by return e-mail and delete this message, along with any attachments, from you computer. Thank you.

**From:** Eleanor Sinclair <eleanorsinclair1962@gmail.com>
**Sent:** Tuesday, January 14, 2020 8:42 PM
**To:** Madalyn Schlegel <madalyn@attorneysforfreedom.com>
**Subject:** Re: case inquiry

Pg 21 Cell abstraction 10-27-19

Hello. Ms. Schgele

I Ronnie's mom has informed Mr. Bresnehan my son's attorney that he is to contact you if further representation is needed on Ronnie's behalf. My son has filed a 555 prisoner petition with the Arizona District courts and my son feels he may have a chance with your firm on this matter. Ronnie as well as I need to know as soon as you know if he stand a chance with his case matter. Well I think it's best that we get straight to the point cause no ones time should be wasted here. What happens in a case where the

inmates or family has no money do you guys do any kind of pro bono or win or don't pay. What is your fees. Well Thank You Ms. Schgele for all your time if you havean y questions feel free to contact me at (928)303-8302 or my e-mail God Bless

On Fri, Dec 27, 2019 at 8:13 AM Madalyn Schlegel <madalyn@attorneysforfreedom.com> wrote:

Good Morning Eleanor,

When we spoke to Ronald back in October, we let him know that, per our attorneys, he would need to reach out to his court appointed attorney Michael J. Bresnehan regarding his civil matter and he will be able to provide the direction Ronald needs. We also informed him that if Mr. Bresnehan felt further representation was needed, then Mr. Bresnehan can give us a call and provide the information to our office. I will let our attorneys know that Ronald has filed a civil rights claim but as we have explained to Ronald many times before, we may not have the resources to provide the utmost representation for him and may not be able to assist. Our civil attorney is packed with meetings today so I may not be able to fill her in with the new information however I will try to catch her in between those meetings. If I cannot get to her today, I should be able to on Monday.

Best,

cid:16fa73228db4ce8e91

[Quoted text hidden]

---

**eleanorsinclair1962** <eleanorsinclair1962@gmail.com> Wed, Jan 15, 2020 at 8:30 AM
To: Madalyn Schlegel <madalyn@attorneysforfreedom.com>

Good morning ok Thank You for all your help. God bless

Sent on my Boost Mobile Samsung Galaxy S® 6

-------- Original message --------
From: Madalyn Schlegel <madalyn@attorneysforfreedom.com>
Date: 1/15/20 8:19 AM (GMT-07:00)
To: Eleanor Sinclair <eleanorsinclair1962@gmail.com>
Subject: RE: case inquiry

[Quoted text hidden]

**Form 15-2A**

# CCA INMATE/RESIDENT DISCIPLINARY REPORT

Inmate/Resident's Name Sinclair Ronald 19-06-01E

CCA# 66919112 Other

Offense # and Title C9 failure to follow, C12 hindering

Date of Offense 6/8/19 Time of Offense 0252

Location of Offense RHU main cell #117 #

Inmate/Resident Detained For: OSMS

Description of Offense: On 6/8/2019 @ 0252 a five man team used force with chemical inflammatory agents. To remove inmate Sinclair Ronald from RHU main cell 117. Due to inmate Sinclair Ronald covering the cell window. Hindering a clear visual into the cell. Inmate Sinclair was given several directives and refused to comply.

(Use Continuation Sheet If Necessary)

Staff Involved:

Inmate/Residents Involved:

Reporting Employee's Name and Title: A/S A. Kelley

Date & Time Prepared: 6/8/19 at 0409

Employee's Signature: [signature] Supervisor's Signature [signature]

## ADVISEMENT OF RIGHTS:

By signing below, the accused indicates the rights they desire and is not an admission of guilt.

1. Does the accused wish to have a Staff Advisor? Yes X No ____ If yes, Staff Advisor's name and title:
2. Does the accused wish to call voluntary witnesses to testify on their behalf? Yes ____ No X If yes, name and case or arrest # of witnesses
3. Does the accused waive the right to a hearing? Yes ____ No X If so, does the accused plead guilty to the charge? Yes ____ No X
4. Date set for hearing
5. Does the accused wish to waive the right to 24 hours notice of charges? Yes ____ No X

Inmate/Resident's signature [signature]

Accused Inmate/Resident received a copy of report:

[signature] 6-8-19

Inmate/Resident Signature Date & Time

Cantrell [signature] 6/8/19 1120

Staff Serving Notice of Charges Date & Time

02/15/96 (pg 1) Cell extraction 6-8-19 600903-3217

23

MoM, 7-17-19

PLEASE SCAN THIS And Send IT To THEM To Read...

ON 6-8-19 I WAS CELL EXTRACTED BY CORRECTIONAL OFFICERS IN RIOT-GEAR USEING WEAPON'S IN WHICH THEY USED A long PIPE WITH A CANISTER OF O.C. GAS AT THE END OF IT, THE WEAPON IS CALLED "THE X-10" TWO CORRECTIONAL OFFICERS SLAM THE PIPE INTO YOUR food TRAP DOOR TO UNblock IT, I WAS blocking THE TRAP WITH my mattress In Which The X-10 broke my WRIST.. AFTER USEing IT 3 TIMES THROUGH my TRAP, I WAS STRUCK multiple Times In my Body & WRIST CAUSING IT TO BREAK. AFTER THEY Removed me from my Cell, THEY Asked IF I Needed MedICAL ATTETION IN WHICH AT THE TIME didNT Feel NO PAIN BeCAUSE OF my AdRENALine Being So High, "So I SAId No" Well THE Next DAY I WAS In PAIN And Couldnt Bend my WRIST So I Filled OUT A "SICK CALL Request - FACE to face ENCOUNTER SLIP" ASKing for Help

(Pg15) Cell abstraction 6-8-19

one ON 6-27-19 ASKING To Speak to A PROVIDER CAUSE IM IN PAIN And CANT Bend my WRIST. THEY COME And ONLY give ME "IBUPROFEN" AS TIME goes BY IM Stopping EVER NURSE Telling THEM "IM IN PAIN" please HELP! " NURSE, CUEVAS, SHIPPMEN, RUBIO, DAY, DeLAROSA, ZUFELT, MC.DANIELS And More SINCE my Second SLIP ON THE 6-27-19 THEYVE DONE NOTHING for ME. THEN ON JULY 15TH AT 1:10AM I WAS Told BY NURSE SHIPPMEN MY WRIST WAS BROKEN/FRACTURED, I Been In PAIN THIS WHOLE TIME WITH A BROKEN WRIST With NO PAIN MedICATION AS THIS FACILITYS Been CUFFING ME UP TO SHOWER, go TO RECREATION, To SEARCH my Cell ext "WITH A BROKEN WRIST" I TOLD THEM It WAS BROKE BUT STILL HAVE to Submit to HAND RESTRAINTS, ON 7-16-19 PROVIDER GAUNNA CAME TO SEE ME AT 1:48PM I ASKED HIM WHY THEY Left ME WITH A BROKEN WRIST & no Help? HE SAID HE WAS JUST InFORMED 15 MINUTES Ago. I SAID IMA GET A LAWYER, THEN HE SAID "THAT WAS A THREAT" So He WALKED AWAY & SAID He AINT HELPING ME ...

(Pg 16) Cell abstraction 6-8-19

ALL, IM STILL SITTING IN SEGREGATION WITH NO HELP, NO PAIN MEDICATION EXT WHY LEAVE ME IN A CELL LIKE THIS?? EVERYTHING HERE IS ON CAMERA SO YOU CAN SEE EVERYTHING YOURSELF CALLING NURSES TO MY CELL, HAVING TO CUFF UP, PROVIDER JUST WALKING AWAY FROM ME, I GOT WITNESSES, AND IN THIS LETTER WILL BE REPORTS / PAPERWORK FILED ON THEM. THANKS FOR YOUR TIME. I GIVE THE RIGHT TO ELEANOR TO ANSWER MORE IF NEED BE, * MY MOM *

ELEANOR SINCLAIR
5493 N. CORDES Rd
GOLDEN VALLEY, AZ,
86413

CELL, 928-303-8302

RONALD SINCLAIR #669191
CAFCC PO BOX 6300
FLORENCE, AZ.
85132

(pg 17) all abstraction 6-8-19

[signature]

7-22-19

7/16/19 provider GAUNNA Refused me medical Attention At 1:48pm on 7-16-19 do to me saying I'm looking into getting A lawyer for constantly Refusing me medical Attention, He then walked Away from me, He wrote into the computer it was takin care of & I was seen, they then said I had no Further Appiontments, officer Hagen Heard it All And Lieutenant Laviers Had officer Hagen write A 1-5C Report on what He Heard "provider GAUNNA" SAY....

12:45 AM 18TH July I was informed provider GAUNNA said I Refused medical Attention in the computer, So I Had Nurse Zufelt Send A task/email to the schedule Team To See A new provider "Not GAUNNA" She sent it to four Supervisers And H.S.A. MARTINEZ,

12:45am 18TH July Asked Nurse Zufelt to Ask if I Can please Be Cuffed with Hand Restraints in front "Not" Behind my back Do to Pain,

6:45am 7-21-19 Nurse Miller gave me 15 ML to Swallow pill's, I Asked for more water, She [illegible]

(Pg 18) cell Obstruction 6-8-19

2

1:50AM JULY 18TH OFFICER YOUNG PLACED A SIGN ON MY DOOR TO BE CUFFED IN FRONT..

18TH JULY 2:15AM PUT IN SLIP TO NURES ZUFELT SIGNED TO RELEASE MY MEDICAL RECORDS TO KAYLIE AT YOUR ADDRESS, FAX NUMBER OR EMAIL. FORMS CALLED 13-74B...

9TH JULY AROUND 8AM I ASKED NURSE RIVERA / SEND A MESSAGE TO H.S.A MARTINEZ TO COME SEE ME WHEN I WAS AT RECREATION, SHE WAS VERY UNPROFESSIONAL & SAID, "MY COMPUTER DONT WORK OUTSIDE" I THEN ASKED HER CAN SHE PLEASE DO IT WHEN SHE GETS INSIDE THE BUILDING? SHE JUST IGNORED ME, OFFICER TUCKER RECREATION OFFICE WAS PRESENT...

17TH JULY AROUND 7:30 OR 8AM I TALKED TO LIEUTENANT LAVIERS ABOUT MY FRACTURE/ BROKEN WRIST AND HOW IM BEING CUFFED BEHIND MY BACK, HE THEN CALLED MEDICA & ASKED WHY DIDNT MEDICAL INFORM THEM MY WRIST WAS FRACTURED/BROKEN, AND WHY I BEEN GETTING CUFFED UP FRONT, AND WHY THEY REFUSED ME ATTENTION, HE

(Pg19) all abstraction 6-8-19

12

# REFUSAL TO ACCEPT MEDICAL TREATMENT

I, (Name) Sinclair, Ronald (Number) 2060982 at (Facility) CAFCC refuse to accept the following Dental/ Psychiatric/ Medical/ and/or Surgical services and/ or treatment recommended by this Facility's Dental/ Psychiatric/ Medical staff and/or a referred secondary care specialist: (list treatment(s)/service(s) in layman terminology)

Lt wrist

I am refusing the above recommended treatment(s)/service(s) for the following reason(s):

wants x-ray tomorow 7/8

I acknowledge that I have been informed of the risks and possible consequences which include, ~~but are not limited to, the following~~, and which may be up to and including death:

undiagnosed health conditions

I understand the possible consequences and/or complications, listed above and still refuse recommended treatment. I understand that my failure to follow this advice may seriously affect my health or the health of the person under my guardianship.

I hereby release the Dental/ Psychiatric/ Medical staff and/or a referred secondary care specialist associated with this correctional facility, Corrections Corporation of America, any contract managed care company, and their employees and agents of all responsibility regarding this matter, and I am making this decision of my own free will.

Refused — Inmate/Resident Signature

2060982 — Inmate/Resident #

10/17/1982 — DOB

(This section to be completed by a staff member)

[signature] — Qualified Health Care Professional Signature
*(Note: For CDCR inmates, must be an RN or higher credentialed QHCP)*

7/7/19 0915 — Date/Time

[signature] — Witness Signature (R93) Cell abstraction 6-8-19

7/7/19 0915 — Date/Time

12/8/14

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

Grievance No.: EMERGENCY 14-5B

# INMATE/RESIDENT GRIEVANCE / QUEJA DE INTERNO/RESIDENTE

| | | | |
|---|---|---|---|
| FULL NAME / NOMBRE COMPLETO: | [illegible] | | |
| NUMBER / NUMERO: | [illegible] | HOUSING ASSIGNMENT / VIVIENDA ASIGNADA: | [illegible] |

INFORMAL RESOLUTION ATTACHED? (Not required for an emergency grievance) ☐ YES/SI  NO
¿SUJETAR RESOLUCION INFORMAL? (No es requerido si es una emergencia)

GRIEVANCE CATEGORY (CIRCLE ONE) / CATEGORIA DE QUEJAS (CIRCULE UNA):

| | | |
|---|---|---|
| 1. Facility Staff / Personal de la Institucion | 8. Dental Services / Servicio Dental | 15. Housing / Vivienda |
| 2. Access to Legal Materials / Acceso a correo legal | 9. Mental Health Services / Servicio de Salud Mental | 16. Laundry / Lavanderia |
| 3. Denied Access to Informal Resolution/Grievance Process / Negaron acceso a el proceso de resolucion informal y proceso de quejas | 10. Trust Account / Cuenta de Finanzas | 17. Recreation / Recreacion |
| 4. Reprisal for Using Informal Resolution/Grievance Process / Represalia por usar el proceso de resolucion informal o el proceso de quejas | 11. Commissary / Commissaria | 18. Visitation / Visita |
| 5. Safety/Security / Seguridad | 12. Food Service / Cocina | 19. Programs-education, work, religious, etc. Programas-educacion, trabajo, religioso, etc. |
| 6. Sanitation / Sanitacion | 13. Mail / Correo | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) / Violaciones de regulaciones federales o estado, leyes, decisions de la corte (i.e. ADA o derechos constitucionales) |
| 7. Medical Services / Servicios Medicos | 14. Intake / Recepcion | 21. Other / Otro |

STATE GRIEVANCE / ESCRIBA SU QUEJA: (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary / Incluya documentacion, testigos, fecha del incidente, y cualquier otra informacion que se relacione con queja. Si es necesario agregar adicionales)

[illegible] AT THE TIME I WAS UNAWARE [illegible] THE FOLLOWING [illegible] THE PAIN [illegible] WRIST [illegible] GOING AWAY. I FILED A KITE [illegible] THE KITE [illegible] [illegible] ASKING [illegible] I WAS [illegible] I WAS [illegible] [illegible] THIS WHOLE TIME THEY ALSO KEEP [illegible] AGGRAVATING THE PAIN. I WAS [illegible] I HAVE [illegible] RECEIVED TREATMENT [illegible] FRACTURED/BROKEN WRIST. I HAVE [illegible] THESE NURSES [illegible] CUEVAS, [illegible] AND MORE...

REQUESTED ACTION / ACCION SOLICITADA: (Attach additional pages if necessary / Si es necesario agregar pagines adicionales)

[illegible] I would like to be treated with an outside [illegible] and they have shown complete disregard [illegible] forced to [illegible] my back. I would like to know why it took so long for me to be [illegible] wrist has been in pain and swollen.

[illegible] cell obstruction 6-8-19

Inmate/Resident's Signature / Firma del interno/residente: [signature] Date Submitted / Fecha:  7-15-19

30




(2) Grievance No.: EMERGENCY 14-5B (2)

# INMATE/RESIDENT GRIEVANCE / QUEJA DE INTERNO/RESIDENTE

| | | | |
|---|---|---|---|
| FULL NAME / NOMBRE COMPLETO: | [illegible] JR | | |
| NUMBER / NUMERO: | [illegible] | HOUSING ASSIGNMENT / VIVIENDA ASIGNADA: | RHU 117 |

INFORMAL RESOLUTION ATTACHED? (Not required for an emergency grievance) ☐ YES/SI ☐ NO
¿SUJETAR RESOLUCION INFORMAL? (No es requerido si es una emergencia)

GRIEVANCE CATEGORY (CIRCLE ONE) / CATEGORIA DE QUEJAS (CIRCULE UNA):

| | | |
|---|---|---|
| 1. Facility Staff / Personal de la Institucion | 8. Dental Services / Servicio Dental | 15. Housing / Vivienda |
| 2. Access to Legal Materials / Accesso a correo legal | 9. Mental Health Services / Servicio de Salud Mental | 16. Laundry / Lavanderia |
| 3. Denied Access to Informal Resolution/Grievance Process / Negaron acceso a el proceso de resolucion informal y proceso de quejas | 10. Trust Account / Cuenta de Finanzas | 17. Recreation / Recreacion |
| 4. Reprisal for Using Informal Resolution/Grievance Process / Represalia por usar el proceso de resolucion informal o el proceso de quejas | 11. Commissary / Commissaria | 18. Visitation / Visita |
| 5. Safety/Security / Seguridad | 12. Food Service / Cocina | 19. Programs-education, work, religious, etc. Programas-educacion, trabajo, religioso, etc. |
| 6. Sanitation / Sanitacion | 13. Mail / Correo | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) / Violaciones de regulaciones federales o estado, leyes, decisions de la corte (i.e. ADA o derechos constitucionales) |
| 7. Medical Services / Servicios Medico (circled) | 14. Intake / Recepcion | 21. Other / Otro |

STATE GRIEVANCE / ESCRIBA SU QUEJA: (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary / Incluya documentacion, testigos, fecha del incidente, y cualquier otra informacion que se relacione con que a. Si es necesario agregar adicionales)

ON 7-16-14 PROVIDER GAVINA CAME TO SEE ME AT 11:00PM I ASKED HIM WHY IT TOOK HIM A MONTH TO COME SEE ME IF MY WRIST IS BROKEN? I SAID DON'T WORRY ABOUT IT [illegible] CAUSE I'M GETTING ME A LAWYER. HE SAID [illegible] ARE YOU THREATING ME? I SAID NO, HE THEN REFUSED ME MEDICAL ATTENTION AND WALKED AWAY BECAUSE I SAID I WAS LOOKING INTO GETTING A LAWYER, OFFICER HAGEY WAS PRESENT.

REQUESTED ACTION / ACCION SOLICITADA: (Attach additional pages if necessary / Si es necesario agregar pagines adicionales)

SPEAK TO HSA MARTINEZ, AND HAVE PROVIDER GAVINA TALKED TO DUE TO HIM BEING VERY UNPROFESSIONAL

(Pg 6) Call [illegible] 6-8-15

Inmate/Resident's Signature / Firma del Interno/residente: [signature] Date Submitted / Fecha: 7-16-14

31



13-80A3

# Sick Call Request-FACE TO FACE ENCOUNTER

**Part A:** (To be completed by patient Inmate/resident)

Date: ________ Work Assignment: Speak to a provider

Work Hours: N/A Housing Assignment: N/A

Reason for requesting Health Services Appointment (BE SPECIFIC): I would like to speak to a provider do to my wrist being in pain "can't bend it"

How long have you had this problem? Two weeks

Detainee (Print Name): Sinclair Detainee Number: ________

Inmate/Resident Signature: ________ Date of Birth: ________

**Part B:** (Medical Staff Only)

Sick Call Received by: (signature) ________

Date Received: ________ Time Received: ________ hours

## Disposition

**Part C:** (To be completed by Medical/Health Services Staff Only)

Face to Face (FTF) completed by QHCP: (printed name) ________

Date & time FTF Encounter completed: ________ Hours

Check Disposition:

☐ Emergent NSC (Immediately) ☐ Urgent NSC (within 24 hours) ☐ Routine NSC (within 72 hours)

☐ No appointment needed (must fill out Part D below)

Referral to LIP (Check yes or no): ☐ YES (check below for the timeframe) ☐ No Referral

☐ Medical ☐ Dental ☐ Mental health

☐ Emergency (Immediately) ☐ Urgent (within 24 hours) ☐ Routine (within 2-14 days)

QHCP Signature: ________ Date: 6/28/19

**Part D:** (To be completed by Medical Staff)

HEALTH SERVICES REPLY:

________

QHCP SIGNATURE: ________ Date: ________

White: Medical Records Pink: Inmate/Resident

10

## Schryver Medical

## RADIOLOGY REPORT

**THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION. CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.**

CONFIDENTIALITY NOTICE: This facsimile (including any accompanying documents) is intended for the use of Schryver Medical or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the Schryver Medical Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

**Facility:** CENTRAL ARIZONA DETENTION CTR - 42979
1155 N PINAL PKWY
FLORENCE, AZ 85132-8867

**DOS:** 07/09/2019
**Case:** 30308701

**Patient:** SINCLAIR, RONALD
**Number:** 2060982

**DOB:** 10/17/1982 **Age:** 36
**Room:** SEG 117 A (ALL RESULTS)

**Examination:**

WRIST AP and LAT, RIGHT

Results: Subacute nondisplaced fracture fourth metacarpal. Soft tissue swelling. Remainder of exam unremarkable

Conclusion: Fracture fourth metacarpal. Appear subacute. Not significantly displace

Electronically signed by JAMES I COLLINS, M.D 7/9/2019 11:47:33 AM PDT.

**Radiologist:** **Date:** 07/09/2019 **Time:** 11:47am PT

James I Collins MD

JAMES COLLINS, MD/LE
RADIOLOGIST
**Physician:** SHINY JOB, NP

(Pg 4) cell abstraction 6-8-19

KAREN BOYD, FNP-C
7/9/19

Schryver Medical
2820 N Ontario Street
Burbank, CA 91504
818.549.1880

7

# *Progress Note*

## Central Arizona Florence Complex

**Central Arizona Florence Complex 1155 N. Pinal Pkwy, PO Box 1048**
**Florence, AZ 85232**
(520) 868-3668

Inmate: RONALD JOHN SINCLAIR
Inmate ID: 2060982
Age/DOB: 36/Oct 17, 1982
Agency No: 66919112 - PHX

**Current Meds**
Ibuprofen 600 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY; Rx.
**Allergies**
No Known Allergies.
**Subjective**
Reprots right wrist swollen and painful
Reports had x ray and would like to know results.
**Objective**
Detainee standing in RHU cell holding asking nurse to review chart and compare wrists.
Chart reviewed and noted result on x ray. Detainee given ace wrap for pain in right wrist. Detainee was informed that nurse was not able to determine what further interventions if any are needed. Detainee asked nurse to help wrap wrist. Detainee put arm through trap with correctional officer. Noted wrist slightly swollen. Radial present. Cap refill instant. Ace wrap applied. Detainee able to move fingers after application. Medical records tasked for provider appointment. Currently detainee is scheduled to see provider on 7/16/19.

Provider on call notified.
VORB and verified by D. Malcom, NP
1. May apply ace wrap to right wrist until seen by provider.
**Signature**
Electronically signed by : Jo Shipman R.N.; 07/15/2019 5:19 AM UMST; Author.
Electronically signed by : Deborah Malcolm N.P.; 07/15/2019 5:16 PM UMST; Acknowledgement.

(pg 7) are abstraction 6-8-19

5

# *Progress Note*

## Central Arizona Florence Complex

**Central Arizona Florence Complex 1155 N. Pinal Pkwy, PO Box 1048**
**Florence, AZ 85232**
(520) 868-3668

Inmate: RONALD JOHN SINCLAIR
Inmate ID: 2060982
Age/DOB: 36/Oct 17, 1982
Agency No: 66919112 - PHX

**Current Meds**
Ibuprofen 600 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY; Rx.
**Allergies**
No Known Allergies.
**Vital Signs**
Recorded by V. Ruiz,Michelle on 16 Jul 2019 02:15 PM
BP:100/61, LUE, Sitting,
HR: 68 b/min, L Radial, Normal,
Resp: 16 r/min, Normal,
Temp: 96.8 F, Oral,
Height: 67 in
Recorded by Gauna,Gregory on 16 Jul 2019 02:10 PM
BP:100/61,
HR: 68 b/min,
Resp: 18 r/min,
Temp: 96.86 F.
**Subjective**
Spoke to detainee in RHU after receiving call from captain that detainee requested to speak to medical
Once author arrived, detainee said "You're a nurse right I don't want to speak to you. I want to speak to your boss. I've already spoke to 5 of you and you can't do anything."
Detainee states he is upset that his wrist is broken and all he gets is a wrap (ace wrap) and ibuprofen.
.
**Objective**
No acute distress
Hostile demeanor
Detainee using many profane words while speaking to author.
**Plan**
Author wrapped detainee's right wrist in ace wrap
Alerted CS Teel in the hallway that detainee wanted to speak with a supervisor.
**Education**
Education and Counseling

x Educated on Treatment Plan

x Patient / Inmate Verbalized understanding of diagnosis and treatment plan
.
**Signature**
Electronically signed by : Shelby Lane R.N.; 07/16/2019 3:17 PM UMST; Author.

(p98) Cell abstraction 6-8-19

35

6

# *Progress Note*

Inmate: RONALD JOHN SINCLAIR
Inmate ID: 2060982
Age/DOB: 36/Oct 17, 1982
Agency No: 66919112 - PHX

Education and Counseling

{{{Medication Compliance Yes [ ]}}} {{{Medication Compliance No [ ]}}}

{{{Discussed all abnormal findings with patient Yes [ ]}}} {{{Discussed all abnormal findings with patient No [ ]}}}

{{{[ ] Educated on Treatment Plan [ TypeTextHere ]}}}

{{{[ ] Patient / Inmate Verbalized understanding of diagnosis and treatment plan}}}

{{{[ ] Other [ TypeTextHere ]}}}.

**Signature**

Electronically signed by : Gregory Gauna APN; 07/16/2019 2:53 PM UMST; Author.
Electronically signed by : Gregory Gauna APN; 07/17/2019 8:22 AM UMST; Author.

Lt

# *Progress Note*

## Central Arizona Florence Complex

**Central Arizona Florence Complex 1155 N. Pinal Pkwy, PO Box 1048**
**Florence, AZ 85232**
(520) 868-3668

Inmate: RONALD JOHN SINCLAIR
Inmate ID: 2060982
Age/DOB: 36/Oct 17, 1982
Agency No: 66919112 - PHX

**Current Meds**
Ibuprofen 600 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY; Rx.
**Allergies**
No Known Allergies.
**Plan**
Lt called requesting guidance on how to handcuff detainee to escort him from shower to his cell. Detainee has subacute non displaced fx to forth metacarpal.

VORB S. job, NP:

Ace wrap if detainee will wear it. Cuff above the wrist loose, but not loose enough to come off hand. Cuff in front.
**Signature**
Electronically signed by : Shauna Baker R.N.; 07/17/2019 6:21 AM UMST.
Electronically signed by : Shiny Job FNP-C; 07/18/2019 12:06 PM UMST; Acknowledgement.

(pg 10) cell abstraction 6-8-19

# *Progress Note*

## Central Arizona Florence Complex

**Central Arizona Florence Complex 1155 N. Pinal Pkwy, PO Box 1048**
**Florence, AZ 85232**
(520) 868-3668

Inmate: RONALD JOHN SINCLAIR
Inmate ID: 2060982
Age/DOB: 36/Oct 17, 1982
Agency No: 66919112 - PHX

**Current Meds**
Ibuprofen 600 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY; Rx.
**Allergies**
No Known Allergies.
**Vital Signs**
Vital Signs Recorded by Gauna, Gregory on July 16,2019 02:10 PM
BP: 100/61 mm Hg
Resp: 18 r/min ;
Temp: 96.86 F
HR: 68 b/min ;

**Subjective**
Mr Sinclair was scheduled to FU on Xray to right hand taken 7/9/19. Patient was seen via trap door with MA Ortiz and CO Hagan. Patient was not wearing ace wrap. Xray results of subacute non displaced fracture to fourth metacarpal discussed with patient. He states "why is that it takes medical so long to FU on my hand. It's been broken for a month and nobody did shit. A nurse just gave me a wrap last night (pointing to the wrap on the floor)." NP informed patient he cannot speak for FU times from other providers. I reassured him I understood his frustration but I can only make work change things going forward. NP offered to help with his subacute fractured bone and its subsequent pain. Patient stated "the Ibuprofen doesn't do shit! What kind of process allows you to wait a month before seeing someone with a broken hand That's bull shit!" Again this NP told patient he cannot speak for other provider but does understand his frustration. Management of subacute non displaced fractures was again discussed. I then offered alternative pain medication for his pain. Patient states "Medical just left me in here. That okay my mom is getting shit together on the outside to sue you." Again NP apologized for his frustration and offered to take care of him from this point moving forward. It was explained to the patient the first this NP heard about his fracture was 20 min ago while doing chart review for this visit. NP again offered to help with pain.. NP also offered to get RN manager to talk to him about the clinical process in medical. NP then told patient to stop threatening him with a law suit. Patient states "I'm not threatening to hit you. That not a threat. NP told patient he has repeatedly threatened to sue me and or medical. NP placed gloves on and began rolling up Ace bandage to assist reapplying ace bandage. Patient informed he can request pill call nurse or rounding nurse to assist him in the future if he has trouble applying ace bandage. Patient states "That okay I'm getting my shit together. CO write his name down and what time he came to see me." CO Hagan wrote this NPs name down and handed it to the patient. The patient then looked at this NP and said "You don't know what the fuck you're doing! You're all stupid!" NP handed patient his Ace bandage and told him the visit is over.

**Objective**
Patient unwilling to allow me to assess
Would not provide pain score

Xray "Subacute non dislaced fourth metacarpal fracture"
Pateint has ace wrap but is not wearing at this time Amended : Gregory Gauna APN; 07/17/2019 8:22 AM UMST.
**Education** Pg (R) Cell abstraction 6-8-19

13

*Health Services Forms*

## Central Arizona Florence Complex

**Central Arizona Florence Complex 1155 N. Pinal Pkwy, PO Box 1048**
**Florence, AZ 85232**
(520) 868-3668

Inmate: RONALD JOHN SINCLAIR
Inmate ID: 2060982
Age/DOB: 36/Oct 17, 1982
Agency No: 66919112 - PHX

**Forms**

Please allow detainee Sinclair to have ice in a trash bag two times daily to apply to right wrist as needed through 7/23/19. Any questions or concerns please contact medical.

Thank you.

**Signature**

Electronically signed by : Whitney Pearce R.N.; 07/18/2019 2:42 PM UMST; Author.

(Pg 12) Cell abstraction 6-8-19

**Schryver Medical**

16

## RADIOLOGY REPORT

**THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION. CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.**

**CONFIDENTIALITY NOTICE**: This facsimile (including any accompanying documents) is intended for the use of Schryver Medical or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the Schryver Medical Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

**Facility:** CENTRAL ARIZONA DETENTION CTR - 42979
1155 N PINAL PKWY
FLORENCE, AZ 85132-8867

**DOS:** 07/21/2019
**Case:** 30403773

**Patient:** SINCLAIR, RONALD
**Number:** 2060982

**DOB:** 10/17/1985 **Age:** 33
**Room:** (ALL RESULTS)

**Examination:**

HAND 2 VIEWS, RIGHT

Results: Comparison: None.

Findings: Anatomic alignment is maintained.
There is no acute fracture or dislocation.
The soft tissues are unremarkable.
There are no erosive changes seen.

Conclusion: Normal exam

Electronically signed by JUSTIN PHAM, M.D. 7/21/2019 11:02:42 AM PDT.

Schryver Medical
2820 N Ontario Street
Burbank, CA 91504
818.549.1880

**Radiologist:** **Date:** 07/21/2019 **Time:** 11:02am PT

Justin Pham

JUSTIN PHAM,MD/LE
RADIOLOGIST
**Physician:** ANNESA ERDMAN, FNP

(pg 13) cell abstraction 6-8-19

M Linde FNP
7/21/19

## *Progress Note*

# Central Arizona Florence Complex

**Central Arizona Florence Complex 1155 N. Pinal Pkwy, PO Box 1048**
**Florence, AZ 85232**
(520) 868-3668

| | |
|---|---|
| Inmate: | RONALD JOHN SINCLAIR |
| Inmate ID: | 2060982 |
| Age/DOB: | 36/Oct 17, 1982 |
| Agency No: | 66919112 - PHX |

**Current Meds**
Ibuprofen 600 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY; Rx.
**Allergies**
No Known Allergies.
**Subjective**
Client being seen in Seg unite for f/u right hand 4th metacarpal fx; was initially seen on NSC on 6-28-19 for c/o wrist pain since 6-8-19; at that time was prescribed Ibu and RICE; next visit was 7-5-19 for wrist pain and request for xray; visit note documents that client reports right wrist pain 1-2 wks w/o any injuries; xray was ordered and done on 7-9-19; there was noted to have subacute non-displaced fx 4th metacarpal; client was seen 7-16-19 for f/u of xray; visit did not go as planned (see note) no additional tx done at that time; seen today client has ace wrap somewhat loose to right hand; he cont to c/o pain and wants to know what is going to be done; as this is the first time seeing client or being involved I state I can not address why things were done the way they were, I can only go from here; explain the xray results and recommend splint; client eventually agress to splint.
**Objective**
WDWNWM NAD
Resp: even and unlabored
-Right wrist/hand: old ace wrap removed; no redness, warmth or swelling noted to hand or wrist; no bruising noted; tender to palp mid wrist; ROM intact but tender w/flexion and extension; CMS intact.
**Assessment**
Right wrist pain.
**Plan**
Right wrist pain:
-subacute non-displaced fx 4th metacarpal
-splint applied w/new ace wrap
-cont Ibu prn
-client verbalized decreased pain w/new splint
-repeat xray in 2 wks and f/u when avail
Verbalized understanding to all Amended : Annesa Erdman APN; 07/22/2019 4:21 PM UMST.
**Education**
See Plan.
**Signature**
Electronically signed by : Annesa Erdman APN; 07/22/2019 4:19 PM UMST; Author.
Electronically signed by : Annesa Erdman APN; 07/22/2019 4:21 PM UMST; Author.

(Pg 14) Cell obstraction 6-8-19

41