# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald John Sinclair, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Unknown Party, et al., <br><br> Defendants. | **NO. CV-23-00479-PHX-DLR (DMF)** <br><br> **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 11, 2023, Plaintiff to take nothing, and the complaint and action are dismissed for failure to state a claim.

Debra D. Lucas
District Court Executive/Clerk of Court

August 11, 2023

By   s/ Rebecca Kobza
     Deputy Clerk